1

2

3

4

5

6

7

8                           **IN THE UNITED STATES DISTRICT COURT**

9                        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DAVID PRIEST,                              No. CIV S-07-1186-CMK-P

12                   Petitioner,

13        vs.                                   <u>ORDER</u>

14   D.K. SISTO,

15                   Respondent.

16   _____/

17              Petitioner, a state prisoner proceeding in appointed counsel, brings this petition

18   for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's

19   request for an extension of time (Doc. 19).

20              On June 12, 2008, the court issued an order appointing counsel and providing

21   appointed counsel an opportunity to file a supplemental merits brief.  Petitioner now seeks an

22   extension of that deadline.  Good cause appearing therefor, the request will be granted.

23              Accordingly, IT IS HEREBY ORDERED that:

24              1.      Petitioner's motion for an extension of time is granted;

25              2.      Petitioner may file a supplemental merits brief within 30 days of the date

26   of service of this order; and

                                              1

3.      Respondent's brief and petitioner's reply deadlines are modified accordingly.


DATED:  August 11, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE