# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PRIEST, | No. CIV S-07-1186-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| D.K. SISTO, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for discovery (Doc. 25) and motion to expand the record (Doc. 26). Respondent has filed oppositions to the motions, and petitioner has filed replies.

Pursuant to Eastern District of California Local Rules 78-230(h), the hearing scheduled for March 19, 2009, at 10:00 a.m. before the undersigned in Redding, California, is

///

///

///

///

1 | hereby taken off calendar and the matter is submitted on the record and briefs.  If the court
2 | determines that oral argument is needed, it will be scheduled at a later date.
3 |        IT IS SO ORDERED.
4 |
5 | DATED: March 18, 2009
6 |
7 |                                             **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE